# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| RONALD MALLAY, | : | |
| --- | --- | --- |
| Petitioner | : | Civil No. 1:21-CV-857 |
| v. | : | |
| | : | (M. J. Carlson) |
| WARDEN V. MOSER, | : | |
| Respondent | : | |

## ORDER

AND NOW this 12th day of May 2021, in accordance with the accompanying memorandum, IT IS ORDERED pursuant to 28 U.S.C. § 1404(a) that this case is transferred to the United States District Court for the Eastern District of New York for all further proceedings and the clerk if directed to CLOSE this file.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge